IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) | Civil Action No. 2:21-cv-1063-RMG |
| Plaintiff, | ) ) | |
| vs. | ) ) | **DEFENDANT ALAN JOSEPH LANG'S EXPERT DISCLOSURE** |
| ALAN JOSEPH LANG and MICHAEL J. PATTERSON, | ) ) ) | |
| Defendants. | ) ) | |

Defendant Alan Joseph Lang, through his undersigned attorney, submits the following Expert Disclosure pursuant to Rule 26 of the Federal Rules of Civil Procedure.

In compliance with FRCP 26(a)(2)(B), Defendant Lang identifies the following witness:

ANSWER: Thomas H. Hesse, Esquire
Austen and Gowder, LLC
1629 Meeting Street, Suite A
Charleston, SC 29405

See Mr. Hesse's attached report, curriculum vitae, and other documents and information required by FRCP 26(a)(2)(B).

**PIERCE SLOAN KENNEDY & EARLY, LLC**
The Blake House
321 East Bay Street (29401)
PO Box 22437
Charleston, South Carolina 29413
843-722-7733/843-722-7732 *fax*

*s/ William O. Sweeney IV*
Carl E. Pierce, II (3062)
carlpierce@piercesloan.com
William O. Sweeney IV (10727)
billysweeny@piercesloan.com
*Attorneys for Defendant Alan Joseph Lang*

January 7, 2022
Charleston, SC